# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-2903

_____

United States of America,

        Appellee,

v.

Bradley Dean Craig,

        Appellant.

\*
\*
\*
\*  Appeal from the United States
\*  District Court for the
\*  Northern District of Iowa.
\*
\*  [UNPUBLISHED]
\*

_____

Submitted: October 5, 2007
Filed: October 18, 2007

_____

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Bradley Dean Craig appeals the 87-month prison sentences the district court[1] imposed after he pleaded guilty to receiving and possessing child pornography. See 18 U.S.C. § 2252A(a)(2)(A), (a)(5)(B). For reversal, Craig argues that the district court erred in denying his request for a downward variance based on his history of extensive community service.

_____

[1]The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.

We conclude that Craig's sentences are not unreasonable.  <u>See</u> <u>United States v. Booker</u>, 543 U.S. 220, 261-62 (2005) (discussing appellate review).  The district court imposed these sentences--which were at the bottom of the applicable Guidelines range--after properly considering all of the 18 U.S.C. § 3553(a) factors, including Craig's history and circumstances.  <u>See</u> <u>Rita v. United States</u>, 127 S. Ct. 2456, 2463-68 (2007) (approving appellate presumption of reasonableness for sentence within advisory Guidelines range); <u>United States v. Haack</u>, 403 F.3d 997, 1003-04 (8th Cir. 2005) (describing appropriate consideration of § 3553(a) factors).

Accordingly, the judgment is affirmed.

_____